# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**CHRISTOPHER THOMAS**                                                                         **PLAINTIFF**

**vs.**                                          Civil Action No. 3:10-cv-11 HTW-LRA

**THE CITY OF JACKSON, MISSISSIPPI,**
**ET AL.**                                                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING CASE

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice for failure of the plaintiff to prosecute or to comply with the order of the court dated March 22, 2010.

**SO ORDERED, THIS THE 23rd DAY OF JULY, 2010.**

                                         **S/ HENRY T. WINGATE**
                                         **CHIEF JUDGE**
                                         **UNITED STATES DISTRICT COURT**